**Order entered April 12, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01470-CV

### MARK S. GOLDMAN, ET AL., Appellants

### V.

### JEFFREY R. OLMSTEAD, ET AL., Appellees

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-01144**

## ORDER

We **GRANT** appellees' April 7, 2016 unopposed second motion for an extension of time to file a brief and extend the time to **APRIL 25, 2016**. We caution appellees that no further extension of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
          JUSTICE